

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00368-CV

**IN RE** Camille **MONTE**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

Delivered and Filed: July 16, 2025

PETITION FOR WRIT OF MANDAMUS AND MOTION FOR STAY DENIED

Relator filed her petition for writ of mandamus and motion for stay on June 6, 2025. Having considered the petition, motion, and record filed, the court has determined that Relator is not entitled to the relief requested. TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus and the motion for stay are **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-27084, styled *In the Interest of M.J.C., a Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.